44 A.3d 3

COMMONWEALTH of Pennsylvania, Petitioner

v.

Michael PRUITT, Respondent.

No. 132 EM 2010.

Supreme Court of Pennsylvania.

April 25, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of April, 2012, the Petition to Review the PCRA Court's Denial of Request to Amend Final Discovery Order to Permit an Interlocutory Appeal is dismissed as moot. *See Commonwealth v. Pruitt,* 615 Pa. 182, 41 A.3d 1289 (2012) (order).